AO 93  (Rev  11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>*21-SW-596-JMC* | Date and time warrant executed:<br>05/26/2021 10:00 am | Copy of warrant and inventory left with:<br>USSS Denver |

Inventory made in the presence of :
SA Adam Knox

Inventory of the property taken and name of any person(s) seized:

- Data files extracted from A black Apple iPhone, model 11, IMEI# 352908117562296, located in evidence at the DEA Colorado Springs Field Office

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____ 06/04/2021

*Executing officer's signature*

Sean Sloan - Task Force Officer
*Printed name and title*